**David BENJAMIN, Plaintiff–Appellant,**

v.

**M.D. FHSD Carl J. KOENINGSMANN, M.D., Jonathan Holder, Orthopedist Referral, M.D. Galeno, Associate Orthopedist, M.D. Lester Silver, Provider, Stephen Schwartz, Orthopedic Surgeon, Defendants–Appellees.**

No. 06–0622–pr.

United States Court of Appeals, Second Circuit.

Nov. 13, 2006.

David Benjamin, Stormville, NY, pro se.

Gregory Silbert, Assistant Solicitor General (Eliot Spitzer, Attorney General, on the brief), State of New York, New York, NY, for State Defendants–Appellees.

Angela M. Ribaudo, (Samantha E. Quinn, on the brief), Schiavetti, Corgan, Soscia, DiEdwards, and Nicholson, LLP, for Defendant–Appellee Jonathan Holder, M.D.

PRESENT: WILFRED FEINBERG, PIERRE N. LEVAL and JOSÉ A. CABRANES, Circuit Judges.

**SUMMARY ORDER**

Plaintiff-appellant David Benjamin appeals *pro se* from a decision of the District Court granting, in part, defendants' motion to dismiss plaintiff's claims, *see Benjamin v. Schwartz,* 299 F.Supp.2d 196 (S.D.N.Y. Jan. 8, 2004), and from two decisions granting defendants' motions for summary judgment. *See Benjamin v. Koeningsmann,* Nos. 02 CV 6227, 03 CV 825, (S.D.N.Y. Nov. 17, 2004) (granting defendant Holder's motion for summary judgment); *Benjamin v. Galeno,* 415 F.Supp.2d 254 (S.D.N.Y. Nov. 3, 2005) (granting remaining state defendants' motion for summary judgment). Plaintiff's suit alleged that defendants showed deliberate indifference to his serious medicals need in violation of the Eighth Amendment during his incarceration at the Greenhaven Correctional Facility in Stormville, New York.

Upon a review of the record, and substantially for the reasons set forth in Judge McMahon's careful and comprehensive decisions, we conclude that the District Court did not err in (1) granting, in part, defendants' motions to dismiss, or (2) granting defendants' motions for summary judgment.

Accordingly, we **AFFIRM** the judgment of the District Court.